IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 05-345 |
| KEVIN BOUNDS, | ) |
| Defendant. | ) |

ORDER OF CRIMINAL FORFEITURE
AGAINST KEVIN BOUNDS

AND NOW, this 28th day of Oct, 2006, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Kevin Bounds in the following property (the Subject Property) are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): One Dell desktop computer s/n CN0C31527082139G342B, one Logitech web cam s/n LZA12113907 and twenty miscellaneous CDRs

2. The United States shall forthwith give notice to any person or entity having or claiming a legal interest in the Subject Property and shall forthwith publish such notice one time in a newspaper of general circulation. The notice shall include notice of the United States' intent to dispose of the Subject Property in such manner as the Attorney General may direct and notice that any person, other than Kevin Bounds having or claiming a legal interest in the Subject

Property, must file a petition with the United States District Court for the Western District of Pennsylvania at Criminal No. 05-345 within thirty (30) days of the publication of notice or of receipt of actual notice, whichever is later.

3. This notice shall state that a petition of any person, other than Kevin Bounds, having or claiming a legal interest in the Subject Property shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth: (1) the nature and extent of the petitioner's right, title or interest in the Subject Property, (2) any additional facts supporting the petitioner's claim, and (3) the relief sought.

4. The Court will adjudicate all third-party claims.

_____ J.