IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-345 |
| | ) | |
| KEVIN BOUNDS | ) | |
| | ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 1st day of Feb, 2007, it is hereby ORDERED, ADJUDGED and DECREED that One Dell desktop computer s/n N0C31527082139G342B, ONE Logitech web cam s/n LZA12113907 and twenty miscellaneous CDRs are hereby forfeited to the United States pursuant to 18 U.S.C. § 2253 for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Kevin Bounds.

_____
United States District Court